IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.   04-cr-00070-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WARREN WILLIAMS,

        Defendant.
_____

## ORDER FOR REDUCTION OF SENTENCE
_____

Pursuant to the Government's motion, filed December 22nd, 2005, it is

ORDERED that pursuant to Fed.R.Crim.P. 35(b), the sentence to imprisonment imposed by this Court on December 23, 2004, of 18 months imprisonment is reduced by 4 months.

DATED: January 10th, 2006.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge

Criminal Case No.   04-CR-70-M

I do hereby certify that I have mailed a copy of the attached to the following:

Dated: January 10, 2006

                                GREGORY C. LANGHAM, CLERK

                                    s/Kathy Triplett
By_____
                                        Deputy

Warren Williams
FMC Fort Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119